In the Matter of Thomas Flanigan, Appellant, v Bonnie Smyth, Respondent. Linda A. Mandel Clemente, Nonparty Appellant.

Submitted May 1, 2017; decided June 27, 2017

Motion, insofar as Thomas Flanigan seeks leave to appeal, dismissed upon the ground that he is not a party aggrieved (*see* CPLR 5511); motion for leave to appeal otherwise denied.

Judge Feinman taking no part.

The People of the State of New York, Respondent, v Ryan P. Brahney, Appellant.

Submitted May 15, 2017; decided June 27, 2017

Motion for reargument denied [*see* 29 NY3d 10 (2017)].

Judge Feinman taking no part.

Jeanetta Stega, M.S., Ph.D., M.S.N., Also Known as Jeanetta Malanowska-Stega, Appellant, et al., Plaintiff, v New York Downtown Hospital et al., Respondents, et al., Defendants.

Submitted May 8, 2017; decided June 27, 2017

Motion to dismiss appeal denied.

Chief Judge DiFiore and Judge Feinman taking no part.

Amtrust-NP SFR, Venture, LLC, Respondent, v Karen Emmel, Appellant, et al., Defendant.

Submitted May 22, 2017; decided June 29, 2017

Motion for reargument of motion for leave to appeal denied [*see* 29 NY3d 940 (2017)].

Judge Feinman taking no part.